EXECUTIVE COMMITTEE OF THE BAPTIST CONVENTION *v.* WARDLAW.

PER CURIAM. The allegations of the petition failed to show negligence. The Court of Appeals erred in reversing the judgment of the trial court sustaining a general demurrer to the petition.

*Judgment reversed. All the Justices concur, except Russell, C. J., who dissents.*

No. 10008. JANUARY 21, 1935.

*Haas, Gambrell & Gardner,* for plaintiff in error.

*W. Frank Smith Jr.,* contra.